UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA HILDA NELSON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 22cv377-CAB-MDD<br><br>**ORDER DENYING AS MOOT AND WITHOUT PREJUDICE MOTION TO DISMISS [Doc. No. 19] AND MOTION FOR EXTENSION [Doc. No. 22]** |

On November 10, 2022, Defendants filed a motion to dismiss Plaintiff's complaint. [Doc. No. 19.]  On December 12, 2022, Plaintiff filed a First Amended Complaint ("FAC"). [Doc. No. 21.]  Although untimely, the Court deems Plaintiff to have elected to file an amended pleading pursuant to Fed.R.Civ.P 15(a)(1)(B) in lieu of an opposition to the motion to dismiss.  Accordingly, the Court **HEREBY ORDERS**:

1. The FAC [Doc. No. 21] is **DEEMED FILED**;

2. The pending motion to dismiss [Doc. No. 19] is **DENIED AS MOOT AND WITHOUT PREJUDICE**;

3. The motion for extension of time to file an opposition to the motion to dismiss [Doc. No. 22] is **DENIED AS MOOT**;

4. Defendants shall **RESPOND** to the FAC by **January 6, 2023**.

**IT IS SO ORDERED**.

Dated:  December 16, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　United States District Judge